Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE RUSSE, INC., et al.<br><br>Defendants. | Case No.:  CV 11-4921 SJO (AJWx)<br>*The Honorable s. James Otero Presiding*<br><br>**ORDER ON STIPULATION TO DIMSISS ACTION** |

Having reviewed the Parties' Stipulation to Dismiss and finding good cause thereon,

IT IS ORDERED that:

1.  This action is to be dismissed with prejudice;

2.  Each party is to bear its own costs and fees as incurred against one another.

SO ORDERED.

Dated:  February _17___, 2012          _____

HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE

- 1 -